*Spies, Powers & Robinson, P.C.*
**Time Entry Report
for Selected File:**

█████████/DPS

Client ID: 823
Matter ID: 330119

**Mon. Jan 1, 2001 to Wed. Oct 9, 2019**

| Date | Timekeeper / Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Wed Oct 9, 2019 | Jack D. Robinson<br>Email correspondence with Robert Montgomery re: conferral about motion for attorney fees | - | 0.20hrs |
| Wed Oct 9, 2019 | Jack D. Robinson<br>Draft, revise and finalize motion for attorney fees | - | 5.00hrs |
| Wed Oct 9, 2019 | Jack D. Robinson<br>Draft Affidavit in Support of Motion for Attorney Fees | - | 2.50hrs |
| Tue Oct 8, 2019 | Jack D. Robinson<br>Analyze time entries in preparation for drafting Affidavit in support of attorney fees | - | 4.50hrs |
| Mon Oct 7, 2019 | Jack D. Robinson<br>Draft motion for attorney fees | - | 5.00hrs |
| Wed Oct 2, 2019 | Jack D. Robinson<br>E-mail correspondence with Robert Montgomery re: disagreement over prevailing party status and costs | - | 0.20hrs |
| Fri Sep 27, 2019 | Jack D. Robinson<br>Draft, revise and finalize Rule 59(e) Motion to Alter or Amend the Judgment; time includes analysis of Agency Decision regarding determination of retroactive compensatory relief and how such relief was to be provided | - | 2.50hrs |
| Fri Sep 27, 2019 | Jack D. Robinson<br>Legal research regarding prevailing party status and ability to recover attorney fees when lower court decision is reversed and remand to lower court for determination of relief; procedural rules for recovery of attorney fees | - | 2.30hrs |
| Thu Sep 26, 2019 | Jack D. Robinson<br>Legal research re: legal process to correct order of court regarding remand of compensatory award | - | 1.50hrs |
| Thu Sep 26, 2019 | Jack D. Robinson<br>Begin drafting Rule 59(e) motion to alter or amend the judgment | - | 2.00hrs |

*Time for Selected File*  ▮▮▮▮/DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Wed Sep 25, 2019 | Jack D. Robinson | - | 1.50hrs |
| | Receive and analyze District Court Opinion and Order on Administrative Appeal and on Motion for Summary Judgment | | |
| Fri Mar 1, 2019 | Jack D. Robinson | - | 2.00hrs |
| | Attend meeting with clients to discuss briefs on the administrative record, discussion of settlement possibilities and settlement options, and answer questions about appellate process and timelines | | |
| Tue Feb 19, 2019 | Jack D. Robinson | - | 0.80hrs |
| | Receive and analyze Defendant's Reply Brief on Motion for Summary Judgment on the Administrative Record | | |
| Wed Feb 13, 2019 | Jack D. Robinson | - | 7.00hrs |
| | Draft Reply Brief on appeal | | |
| Fri Feb 1, 2019 | Jack D. Robinson | - | 7.50hrs |
| | Draft, revise and finalize Response to Defendant's Motion for Judgment on the Administrative Record and Motion for Summary Judgment on Remaining Claims; time includes further legal research on cases law that supports legal arguments | | |
| Thu Jan 31, 2019 | Jack D. Robinson | - | 2.00hrs |
| | Receive and analyze Defendant's Response to Opening Brief; time includes legal research on certain cases relied upon by Defendant | | |
| Thu Jan 31, 2019 | Jack D. Robinson | - | 8.00hrs |
| | Begin drafting Response to Defendant's Motion for Judgment on the Administrative Record and Motion for Summary Judgment on Remaining Claims; time includes legal research regarding IDEA cases in support of arguments | | |
| Fri Jan 11, 2019 | Jack D. Robinson | - | 2.80hrs |
| | Receive and analyze Defendant's Motion for Summary Judgment on the Administrative Record and Motion for Summary Judgment on Remaining Claims; time includes researching certain cases relied on by Defendant in support of their arguments | | |
| Tue Jan 8, 2019 | Jack D. Robinson | - | 8.00hrs |
| | Draft, revise and finalize opening brief on appeal | | |
| Mon Jan 7, 2019 | Jack D. Robinson | - | 7.50hrs |
| | Continue drafting opening on appeal | | |
| Sun Jan 6, 2019 | Jack D. Robinson | - | 7.00hrs |
| | Begin drafting opening brief on appeal | | |
| Sat Jan 5, 2019 | Jack D. Robinson | - | 7.50hrs |
| | Legal research regarding IDEA cases concerning educational placements, placement versus location, and requirement to identify private school that can implement IEP in furtherance of drafting opening brief on appeal | | |

*Time for Selected File*                                                                                                             ▇▇▇▇▇ */DPS*

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Fri Jan 4, 2019 | Jack D. Robinson | - | 2.00hrs |
| | Legal research regarding standard of review for IDEA appeals, and purpose of the IDEA as it relates to educational placements in support of drafting opening brief | | |
| Thu Jan 3, 2019 | Jack D. Robinson | - | 5.00hrs |
| | Continue analyzing administrative record (1600 pages) to determine chronology of events, factual disputes and evidence contained in record to support appellate arguments | | |
| Wed Jan 2, 2019 | Jack D. Robinson | - | 4.20hrs |
| | Analyze administrative record to determine chronology of events, factual disputes and evidence contained in record to support appellate arguments | | |
| Wed Jan 2, 2019 | Jack D. Robinson | - | 3.50hrs |
| | Analyze summaries of due process hearing transcripts and cross-check several references in record in preparation for drafting opening brief on appeal | | |
| Tue Nov 27, 2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court's Order re: Dispositive Motion Deadline | | |
| Fri Nov 16, 2018 | Jack D. Robinson | - | 0.30hrs |
| | Receive and analyze draft status report re: discovery issues; communicate regarding same with counsel for DPS | | |
| Thu Nov 8, 2018 | Jack D. Robinson | - | 0.20hrs |
| | E-mail correspondence with Robert Montgomery re: discussion of disputed issues of discovery and request for settlement proposal | | |
| Wed Nov 7, 2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Courtroom Minutes for proceedings held before Magistrate Judge S. Kato Crews re: Discovery Hearing | | |
| Tue Nov 6, 2018 | Jack D. Robinson | - | 2.50hrs |
| | Travel to and attend discovery hearing at U.S. District Court | | |
| Tue Nov 6, 2018 | Jack D. Robinson | - | 1.50hrs |
| | Analyze pleadings and discovery responses in preparation for discovery hearing with Court | | |
| Fri Nov 2, 2018 | Jack D. Robinson | - | 0.40hrs |
| | Receive and analyze Joint Statement on Discovery disputes from opposing counsel | | |
| Fri Nov 2, 2018 | Jack D. Robinson | - | 0.40hrs |
| | Multiple communications with Robert Montgomery re: coordination of Joint Statement of Discovery Disputes | | |
| Thu Oct 25, 2018 | Mary Lakey | - | 5.70hrs |
| | Analyze Day 2 of Due Process Hearing Transcript and draft summary to be used by partner in drafting appellate briefs | | |

*Time for Selected File* ▮▮▮▮/DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Wed Oct 24,2018 | Mary Lakey | - | 3.40hrs |
| | Analyze administrative record pages 1 to 1599 in order to identify, highlight, comment and bookmark record in order to make administrative record accessible to partner for drafting appellate briefs | | |
| Thu Oct 18,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court's Order re: Discovery Conference | | |
| Thu Oct 18,2018 | Jack D. Robinson | - | 0.20hrs |
| | Conference call with Court Clerk and Opposing Counsel re: Discovery hearing and Joint Statement | | |
| Fri Oct 12,2018 | Jack D. Robinson | - | 2.50hrs |
| | Calculated damages and drafted correspondence to opposing counsel in response to questions about written discovery responses | | |
| Thu Oct 4,2018 | Jack D. Robinson | - | 8.50hrs |
| | Travel to and attend depositions of both clients at office of counsel for DPS; time includes meeting with clients following meeting to de-brief from depositions, discuss next steps in litigation, settlement issues and damages issues | | |
| Wed Oct 3,2018 | Jack D. Robinson | - | 2.50hrs |
| | Attend meeting with clients re: deposition preparation | | |
| Wed Oct 3,2018 | Mary Lakey | - | 6.40hrs |
| | Analyze Day 1 of Due Process Hearing Transcript and draft summary to be used by partner in drafting appellate briefs | | |
| Tue Oct 2,2018 | Jack D. Robinson | - | 0.40hrs |
| | E-mail correspondence with Michael Brent Case re: Plaintiff's claimed damages and discovery dispute issues | | |
| Fri Sep 28,2018 | Jack D. Robinson | - | 3.50hrs |
| | Draft and revise responses to Defendant's written discovery | | |
| Tue Sep 25,2018 | Jack D. Robinson | - | 0.30hrs |
| | E-mail correspondence with Robert Montgomery and with client about IEE issues | | |
| Fri Sep 21,2018 | Jack D. Robinson | - | 0.20hrs |
| | E-mail correspondence with Robert Montgomery re: status of IEE request | | |
| Fri Sep 21,2018 | Jack D. Robinson | - | 0.20hrs |
| | E-mail correspondence with Michael Brent Case re: dispute about amended scheduling order | | |
| Tue Sep 18,2018 | Jack D. Robinson | - | 0.50hrs |
| | Telephone call from Michael Brent Case re: discussion of discovery dispute and DPS's backing out of agreement to bifurcate case and dispense with discovery | | |

*Time for Selected File* ▮▮▮▮▮/DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Tue Aug 28,2018 | Jack D. Robinson | - | 1.00hrs |
| | Telephone call to clients re: discussion of litigation strategy | | |
| Wed Aug 15,2018 | Jack D. Robinson | - | 0.80hrs |
| | Telephone conference with clients re: discussion of District Court's Decision on School District's Motion to Dismiss, impact on case, and discussion of next steps | | |
| Wed Aug 15,2018 | Mary Lakey | - | 1.90hrs |
| | Draft discovery responses and objections to Defendant's First and Second Set of written discovery | | |
| Tue Aug 14,2018 | Jack D. Robinson | - | 0.50hrs |
| | Receive and analyze District Court's Order Denying Motion to Dismiss Equal Protection Claim | | |
| Thu Aug 2,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Court's Order Granting Extension of Discovery Deadlines | | |
| Wed Aug 1,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Motion for Extension of Discovery Deadlines and Briefing Schedule | | |
| Mon Jul 23,2018 | Jack D. Robinson | - | 2.50hrs |
| | Review notes from review of documents and draft outline for deposition of Gene Bamesberger | | |
| Mon Jul 23,2018 | Jack D. Robinson | - | 3.50hrs |
| | Take deposition of Gene Bamesberger | | |
| Sun Jul 22,2018 | Jack D. Robinson | - | 3.80hrs |
| | Prepare for deposition of Gene Bamesberger | | |
| Fri Jun 1,2018 | Mary Lakey | - | 1.00hrs |
| | Draft Expert Disclosures | | |
| Thu May 31,2018 | Jack D. Robinson | - | 0.40hrs |
| | Receive and analyze DPS' first set of written discovery | | |
| Wed May 2,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Trial Court's ORDER granting Plaintiffs Unopposed Motion for Extension of Time to File Rule 26(a)(2) Expert Disclosures | | |
| Mon Apr 30,2018 | Jack D. Robinson | - | 0.40hrs |
| | Telephone call to Robert Montgomery re: discussion of extension of time on expert disclosures and discussion of order of briefing on merits | | |
| Mon Apr 30,2018 | Jack D. Robinson | - | 0.80hrs |
| | Draft Motion for Extension of Time to Disclose Experts | | |

*Time for Selected File*   DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Fri Apr 27,2018 | Jack D. Robinson | - | 2.50hrs |
| | Attend meeting with clients re: status of litigation, potential for settlement, and strategy for next steps | | |
| Fri Feb 9,2018 | Jack D. Robinson | - | 0.80hrs |
| | Receive and analyze Defendant's Reply to Partial Motion to Dismiss | | |
| Fri Feb 9,2018 | Jack D. Robinson | - | 2.00hrs |
| | Attend meeting with clients to discuss litigation strategy and discussion of C.W.'s present needs | | |
| Wed Feb 7,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court's Trial Preparation Order | | |
| Thu Feb 1,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Defendant's Rule 26(a)(1) Disclosures | | |
| Tue Jan 30,2018 | Mary Lakey | - | 2.50hrs |
| | Prepare initial disclosures | | |
| Mon Jan 29,2018 | Jack D. Robinson | - | 1.50hrs |
| | Travel to and attend Scheduling Conference at U.S. District Court | | |
| Mon Jan 29,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court's Courtroom Minutes about Scheduling Conference | | |
| Fri Jan 26,2018 | Jack D. Robinson | - | 1.20hrs |
| | Telephone call from clients re: discussion of DPS's request for IEP Meeting and potential impact on pending litigation | | |
| Fri Jan 26,2018 | Jack D. Robinson | - | 4.50hrs |
| | Draft, revise and finalize Response to Partial Motion for Dismissal | | |
| Thu Jan 25,2018 | Jack D. Robinson | - | 3.50hrs |
| | Begin drafting Response to Partial Motion to Dimiss | | |
| Tue Jan 23,2018 | Jack D. Robinson | - | 3.80hrs |
| | Legal research regarding criteria for claims under the Equal Protection provision of the Constitution and its applicability to education related discrimination | | |
| Mon Jan 22,2018 | Jack D. Robinson | - | 1.00hrs |
| | Draft changes and additions to draft scheduling order and multiple communications with opposing counsel re: same | | |
| Fri Jan 19,2018 | Jack D. Robinson | - | 0.20hrs |
| | E-mail correspondence with Amber Elias, counsel for DPS, re: questions about C.W.'s annual IEP review | | |

*Time for Selected File*                                                       ▮▮▮▮/DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Thu Jan 18,2018 | Jack D. Robinson | - | 1.00hrs |
| | Telephone call from Robert Montgomery re: Rule 26(f) Cnference | | |
| Thu Jan 18,2018 | Jack D. Robinson | - | 0.40hrs |
| | Receive and analyze draft scheduling order from counsel for the school district | | |
| Fri Jan 12,2018 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Trial Court's Order Granting Motion for Extension of Time to File Response to Partial Motion for Dismissal | | |
| Fri Jan 12,2018 | Jack D. Robinson | - | 1.00hrs |
| | Draft   Motion for Extension of Time to File Response to Partial Motion for Dismissal | | |
| Thu Jan 11,2018 | Jack D. Robinson | - | 0.20hrs |
| | E-mail correspondence with Robert Montgomery re: request for extension of time to respond to motion for partial dismissal | | |
| Tue Jan 9,2018 | Jack D. Robinson | - | 2.80hrs |
| | Legal research regarding whether students with disabilities are a protected class for Equal Protection liability | | |
| Fri Dec 22,2017 | Jack D. Robinson | - | 1.00hrs |
| | Receive and analyze Defendant's Motion for Partial Dismissal (equal Protection Claim) | | |
| Fri Dec 22,2017 | Jack D. Robinson | - | 0.40hrs |
| | Receive and analyze Defendant's Answer to First Amended Complaint | | |
| Wed Dec 13,2017 | Jack D. Robinson | - | 0.40hrs |
| | Telephone call to Robert Montgomery re: conferral on DPS' intent to file motion to dismiss on Equal Protection claim | | |
| Tue Dec 12,2017 | Jack D. Robinson | - | 0.10hrs |
| | Receive and analyze Defendant's Motion for Extension of Time to File Responsive Pleading | | |
| Tue Dec 12,2017 | Jack D. Robinson | - | 0.10hrs |
| | Receive and analyze Order Granting Defendant's Motion for Extension of Time to File Responsive Pleading | | |
| Tue Dec 5,2017 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court's Minute Order re: Sua Sponte Rescheduling Scheduling Conference | | |
| Mon Nov 27,2017 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Trial Court's Order Reseting Scheduling Conference | | |
| Fri Nov 17,2017 | Jack D. Robinson | - | 0.20hrs |
| | Telephone call from Robert Montgomery re: preliminary discussion of claims and defenses | | |

*Time for Selected File*                                                                                                                                                 /DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
| Fri Oct 27, 2017 | Jack D. Robinson | - | 4.20hrs |
| | Draft and revise First Amended Complaint | | |
| Thu Oct 26, 2017 | Jack D. Robinson | - | 1.50hrs |
| | Telephone conference with client re: discussion of components of amended complaint and requested relief | | |
| Thu Oct 26, 2017 | Jack D. Robinson | - | 3.50hrs |
| | Begin drafting First Amended Complaint | | |
| Thu Oct 26, 2017 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Court's Order assigning case to Judge Marcia Krieger | | |
| Thu Oct 26, 2017 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court Order referring certain matters to Magistrate Judge | | |
| Tue Oct 24, 2017 | Jack D. Robinson | - | 4.30hrs |
| | Receive and analyze complaint, briefs on motions to dismiss and court decisions from consulting attorney regarding viability of various claims for relief brought in civil action based on evidentiary record established in due process hearing, in order to consider claims for amended complaint | | |
| Mon Oct 23, 2017 | Jack D. Robinson | - | 1.30hrs |
| | Telephone conference with education attorney re: discussion of legal claims arising out of factual record established in due process hearing | | |
| Fri Oct 20, 2017 | Jack D. Robinson | - | 2.80hrs |
| | Research elements of claims for relief for 504/ADA claims and how to allege in civil action related to educational discrimination | | |
| Thu Oct 19, 2017 | Jack D. Robinson | - | 3.50hrs |
| | Legal research regarding Section 504/ADA and applicability to education related claims in furtherance of complaint | | |
| Thu Oct 19, 2017 | Jack D. Robinson | - | 4.20hrs |
| | Legal research regarding criteria for liability under Equal Protection and applicability to education related issues in order to determine viability as claim for relief for complaint | | |
| Thu Oct 19, 2017 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze District Court's Order Setting Scheduling Conference | | |
| Thu Oct 19, 2017 | Jack D. Robinson | - | 0.20hrs |
| | Receive and analyze Notice of Assignment to Magistrate Judge | | |
| Fri Oct 13, 2017 | Jack D. Robinson | - | 4.50hrs |
| | Draft complaint | | |
| Fri Oct 13, 2017 | Jack D. Robinson | - | 2.50hrs |

*Time for Selected File*                                                                                                                              DPS

| Date | Timekeeper Description | Task/Activity (Code - Description) | Time (hrs) |
|---|---|---|---|
|  |  | Analyze Agency Decision, hearing exhibits, and IEPs in preparation for drafting Complaint |  |
| Wed Oct 11,2017 | Jack D. Robinson | - | 1.00hrs |
|  | Special Education Consultation - Bradford |  |  |

**Total Time(hrs):** **225.80**